# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mekin Lopez-Ferrera, | No. CV-26-00841-PHX-SHD (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Unknown Party, et al., | |
| Respondents. | |

Petitioner Mekin Lopez-Ferrera, who was then confined in the Florence Service Processing Center, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1). On February 9, 2026, the Court ordered the Petition be served on Respondents and that cause be shown by no later than February 16, 2026, why the Petition should not be granted.  (Doc. 4.)  On February 16, 2026, Respondents filed a Response.  (Doc. 7.)  On February 18, 2026, Respondents filed a Notice of Removal and Suggestion of Mootness, (Doc. 8), advising that Petitioner was removed from the United States to Cuba and was no longer in ICE custody.  Based on the representations in the Notice, the Court will dismiss the Petition and this action, without prejudice, as moot.

Accordingly,

///

///

///

///

**IT IS ORDERED** that the Petition (Doc. 1) and this action are dismissed without prejudice as moot. The Clerk of Court must enter judgment accordingly and close this case.

Dated this 18th day of February, 2026.

Honorable Sharad H. Desai
United States District Judge